THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FLOYD E. MARTIN, Appellant.

Argued February 25, 1947; decided April 17, 1947.

*Joseph A. Haney* and *J. Willis Barrett* for appellant.

*Marshall E. Livingston, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS CONWAY, DESMOND, THACHER, DYE and FULD, JJ.